UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLAFUR OLAFSSON,
                Plaintiff,

- against -                  09 Civ. 6280 (PGG)

CAROL'S DAUGHTER, LLC,       ORDER

                Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

       A settlement conference will take place before this Court on December 10, 2009 at 4:30 p.m. In preparation for this conference, Defendant will submit a position statement to the Court and Plaintiff's counsel by November 25, 2009. Plaintiff will submit a responsive position statement to the Court and Defense counsel by December 4, 2009. Both parties are also directed to submit to the Court with their position statements a one page, ex parte statement setting forth their settlement posture.

Dated: New York, New York
       November 5, 2009

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09